UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
Steven Ross,

                                        Plaintiff,        **MINUTE ENTRY**
      -against-                                    Case No. 11-04621 (TLM)

Black & Decker (U.S.) Inc.,                          July 23, 2012

                                        Defendant,
---------------------------------------------------------------- X

      A settlement conference was conducted this date before United States District Judge Tucker L. Melançon. Participating were Douglas A. Emmanuel representing plaintiff Steven Ross, and Thomas Martin representing defendant Black & Decker (U.S.) Inc. Also participating were plaintiff Steven Ross and defendant's representative Fred Swift. The parties reached a full and final settlement of plaintiff's claims against the defendant. The terms of the agreed to settlement were placed on the record. The plaintiff and defendant representative were then placed under oath and questioned about the agreed to settlement and indicated that they understood and agreed to its terms and wanted the Court to adopt the settlement as that of the Court. A judgment of dismissal will issue forthwith dismissing plaintiff's claims against the defendant with prejudice without costs, with the Court retaining specific jurisdiction to enforce the agreed to settlement.