UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Steven Ross,

                                          Plaintiff,       **JUDGMENT OF DISMISSAL**
        -against-                                        Case No. 11-04621 (TLM)

Black & Decker (U.S.) Inc.,

                                          Defendant,
------------------------------------------------------------- X

      The parties having reached a full and final settlement of all of plaintiff Steven Ross' claims against defendant Black & Decker (U.S.) Inc., the agreed to settlement having been placed on the record this date, it is

      **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

      **IT IS FURTHER ORDERED** that the parties are to submit a joint stipulation of discontinuance pursuant to Fed. R. Civ. P. 41 to the Court within thirty (30) days of the date of entry of this judgment. The Court retains jurisdiction over the settlement of this matter under *Kokkonen v. Guardian Life*, 511 U. S. 375 (1994).

      **SO ORDERED.**

                                                                                                      Tucker L. Melançon
                                                                                                    United States District Judge

July 23, 2012
Brooklyn, NY